AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 2252(a)(1) - Transportation of Child Pornography (Two Counts);
18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
COUNTS 1 & 2: Mandatory min. 5 yrs. imprisonment, max of 20 yrs.; $250,000 fine; up to lifetime supervised release; $100 special assessment. COUNT 3: 10 yrs. imprisonment; $250,00 fine; up to lifetime supervised release; $100 special assessment.

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
SACRAMENTO COUNT SHERIFF'S DEPARTMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO. ____

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO. ____

Name and Office of Person Furnishing Information on THIS FORM    **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    Chinhayi Coleman, AUSA

---

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

**DEFENDANT - U.S.**

▶ RANDALL ALAN THAYER

DISTRICT COURT NUMBER

**CR07-0812    DLJ**

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution ____

Has detainer been filed?  ☐ Yes  ☐ No  }  If "Yes" give date filed ____

DATE OF ARREST ▶ Month/Day/Year ____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year ____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: ____
Before Judge: ____

Comments:

FILED
DEC 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
**VENUE: OAKLAND**

CR07-0812 DLJ

---

UNITED STATES OF AMERICA,

V.

RANDALL ALAN THAYER,

**FILED**

DEC 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

---

# INDICTMENT

18 U.S.C. § 2252(a)(1) - Transportation of Child
Pornography (Two Counts)
18 U.S.C. § 2252(a)(4)(B) - Possession of Child
Pornography; Forfeiture Allegation

---

A true bill.

_____ Foreman

Filed in open court this  20th  day of
December, 2007

_____ Clerk

Bail, $ No bail, arrest warrant.

Wayne D. Brazil   12-20-07

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

**FILED**
DEC 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDALL ALAN THAYER,<br><br>Defendant. | No. R07-0812 DLJ<br><br>VIOLATIONS: 18 U.S.C. § 2252(a)(1) - Transportation of Child Pornography (Two Counts); 18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography; Forfeiture Allegation<br><br>OAKLAND VENUE |

## INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 2252(a)(1) – Transportation of Child Pornography)

On or about March 24, 2006, in the Northern District of California, the defendant,

RANDALL ALAN THAYER,

did knowingly transport and ship in interstate or foreign commerce by any means, including by computer, one or more visual depictions, the production of which, as he well knew, involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(1).

Document No.
District Court
Criminal Case Processing

INDICTMENT

1  COUNT TWO: (18 U.S.C. § 2252(a)(1) – Transportation of Child Pornography)
2       On or about April 25, 2006, in the Northern District of California, the defendant,
3                          RANDALL ALAN THAYER,
4  did knowingly transport and ship in interstate or foreign commerce by any means, including by
5  computer, one or more visual depictions, the production of which, as he well knew, involved the
6  use of a minor engaging in sexually explicit conduct and such visual depictions were of such
7  conduct, in violation of Title 18, United States Code, Section 2252(a)(1).
8
9  COUNT THREE (18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography)
10      On or about April 3, 2007, in the Northern District of California, the defendant,
11                         RANDALL ALAN THAYER,
12 did knowingly possess one or more matters which contained visual depictions that had been
13 shipped and transported in interstate or foreign commerce, and which depictions were produced
14 using materials that had been so shipped and transported in interstate and foreign commerce, by
15 any means including by computer, where the producing of such visual depictions, as he well
16 knew, involved the use of a minor engaging in sexually explicit conduct and such visual
17 depictions were of such conduct, in violation of Title 18, United States Code, Section
18 2252(a)(4)(B).
19
20 FORFEITURE ALLEGATION: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)
21      Upon conviction of the offenses alleged in Counts One through Three, the defendant,
22                         RANDALL ALAN THAYER,
23 shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1)
24 and (a)(3), all visual depictions described in Title 18, United States Code Section 2252, and all
25 property, real or personal, used or intended to be used to commit or promote the commission of
26 ///
27 ///
28 ///

INDICTMENT

1  the offenses of conviction, including but not limited to the Compaq Presario CPU, serial number
2  CNN54501VX seized from defendant on April 3, 2007.
3  DATED: December 20, 2007            A TRUE BILL.
4                                       _____
                                        FOREPERSON
5
   SCOTT N. SCHOOLS
6  United States Attorney
7
   _____
8  W. Douglas Sprague
   Chief, Oakland Division
9
10 (Approved as to form: _____
                          AUSA Chinhayi J. Coleman
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT