SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHINHAYI J. COLEMAN (CASBN 194542)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3924
   Facsimile (510) 637-3724
   chinhayi.j.coleman@usdoj.gov

Attorneys for Plaintiff

FILED
DEC 2 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>RANDALL ALAN THAYER,<br><br>      Defendant. | NO. CR07-0812 DLJ<br><br>SEALING APPLICATION AND<br>SEALING ORDER |

      The United States requests that the Indictment, Penalty Sheet and Arrest Warrant (except that the Clerk's office may provide a copy of the Arrest Warrant to the U.S. Attorney's Office) in the above-captioned case filed with the Court on December 20, 2007, be filed under seal until further order of the Court. The reason for this request is to facilitate the arrest of the defendant. Revealing the Indictment may compromise the arrest of the defendant.

////

////

////

SEALING APPLICATION AND ORDER

WHEREFORE, I respectfully request that the Court issue an Order granting this Application.

DATED: December 20, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____
CHINHAYI J. COLEMAN
Assistant United States Attorney

**ORDER**

On the government's application, the Indictment, Penalty Sheet, and Arrest Warrant filed with the Court on December 20, 2007, shall be filed under seal until further order of the court (except that the Clerk's office may provide a copy of the Arrest Warrant to the U.S. Attorney's Office).

IT IS SO ORDERED.

DATED: 12/20/07

_____
WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION AND ORDER          -2-