# ANNE C. BELES
### ATTORNEY AT LAW

THE ORDWAY BUILDING                                           PHONE (510) 836-0100
1 KAISER PLAZA, SUITE 2300                                    --------------
OAKLAND, CA 94612                                             FAX     (510) 832-3690

January 24, 2008

Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street, Suite 400S
Oakland, CA 94612-5212

Re: United States v. Randall Thayer, CR 07-00812 DLJ

Dear Judge Brazil,

    At the last court appearance before Your Honor in the above-referenced matter, the Court asked to be notified no later than Friday, January 25, as to whether or not our office would continue to represent Mr. Thayer beyond a detention hearing. We were retained prior to Mr. Thayer's arrest and intended to represent him only through detention proceedings in this Court. Mr. Thayer is unable to retain us for further proceedings. Our office will appear with and for Mr. Thayer at the next court appearance before this Court on February 4th. Because we have not been retained for further proceedings, we will not appear with Mr. Thayer before Judge Jensen on February 8th.  Therefore, we request that the Court refer Mr. Thayer to the Public Defender.

    Please do not hesitate to contact me with questions or concerns.

Very truly yours,

ANNE C. BELES

cc: CHINHAYI J. COLEMAN, AUSA