PROPOSED ORDER/COVER SHEET

TO:      Honorable Wayne D. Brazil              RE:    THAYER, RANDALL
         U.S. Magistrate Judge

         FILED
         JAN 31 2008

FROM:    Claudette M. Silvera, Chief            DOCKET NO.:   CR07-00812 DLJ
         U.S. Pretrial Services Officer
         RICHARD W. WIEKING
         CLERK, U.S. DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA
         OAKLAND

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**AMELIA BERTHELSEN**                           415-436-7511
U.S. Pretrial Services Officer Assistant        TELEPHONE NUMBER

RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X]  I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ]  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ]  Inform all parties concerned that a Bail Review Hearing will be conducted by:
     Magistrate Judge_____   Presiding District Court Judge_____

[ ]  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ]  Modification(s)

[ ]  Bail Revoked/Bench Warrant Issued.

[ ]  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ]  Other Instructions:
     _Hold off, at least for now._

_____          1/31/08
JUDICIAL OFFICER                       DATE

Cover Sheet (12/03/02)

cc: WDB's stats, Copy to parties via ECF, Pretrial, Frances



| | |
|---|---|
| **To:** | Honorable Wayne D. Brazil<br>U.S. Magistrate Judge |
| **From:** | Amelia A. Berthelsen<br>U.S. Pretrial Services Officer Assistant |
| **Subject:** | THAYER, RANDALL ALLEN<br>CR07-00812 DLJ |
| **Date:** | January 30, 2008 |

# MEMORANDUM

Your Honor,

The above-noted defendant initially appeared before Your Honor on January 14, 2008, charged in an Indictment with violations of Title 18, United States Code, Section 2252(a)(1)- Transportation of Child Pornography (two counts); and Title 18, United States Code, Section 2252(a)(4)(B)- Possession of Child Pornography.

On January 17, 2008, Mr. Thayer appeared before Your Honor and was ordered detained pending a psychiatric assessment by Dr. Chamberlain. On January 28, 2008, Pretrial Services was contacted by Assistant Federal Public Defender Shawn Halbert, who indicated that she will likely to be taking over the case. Ms. Halbert further indicated that she does not wish to have the defendant assessed by Dr. Chamberlain, and she asked that Pretrial Services postpone the assessment until the issue of representation is addressed in Court. Pretrial Services was also contacted by retained counsel (the law office of Robert Beles) on this same date. Retained counsel also advised that he does not wish to have the defendant assessed by Dr. Chamberlain.

Pretrial Services therefore contacted Dr. Chamberlain, and advised him not to interview the defendant until further notice. (Dr. Chamberlain planned to interview the defendant this week.) However, if Your Honor still wishes the defendant to undergo a psychiatric assessment, Pretrial Services will make the necessary arrangements.

Mr. Thayer's next court date is currently scheduled for February 4, 2008, before Your Honor for a further detention hearing.

This memoradum is submitted for Your Honor's information and review.

Respectfully submitted,

Amelia A. Berthelsen
U.S. Pretrial Services Officer Assistant

Reviewed by,

Allen Lew, Supervisor
U.S. Pretrial Services Officer

CC AFPD Shawn Halbert
   Defense counsel Robert Beles
   AUSA Chinhayi Coleman