

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*Federal Building*                *(510) 637-3924*
*1301 Clay Street, Suite 340S*
*Oakland, California 94612*         *FAX:(510) 637-3724*

February 5, 2008

The Honorable Wayne D. Brazil
1301 Clay Street, 3rd Floor
Oakland, CA 94612

      Re: <u>United States v. Randall Thayer; CR 07-00812 DLJ</u>

Your Honor:

      On January 17, 2008, the above-noted defendant appeared before Your Honor and was ordered detained. On February 4, 2008, the parties appeared before Your Honor, and the defense raised the issue of the use of the anticipated psychiatric report. Your Honor requested that the government advise the Court as to whether the government would be willing to stipulate to refrain from using the information in the anticipated psychiatric report for purposes of the detention proceeding only.

      The government would agree that in any prosecution brought against Randall Thayer by the United States Attorney's Office for the Northern District of California, the Office would not use any statements made by Mr. Thayer during the evaluation in its case in chief or at sentencing. However, if Mr. Thayer subsequently presents a defense inconsistent with statements he made during that evaluation, the government would reserve its right to attempt to use those statements to rebut inconsistent factual assertions. In other words, the government's position is that Mr. Thayer should not get to tailor responses to a psychiatrist to achieve one goal (pre-trial release) then be permitted to present inconsistent assertions to achieve a different goal (acquittal).

      The government believes that this arrangement would promote honesty and candor during the psychiatric evaluation, as well as honesty to the Court and the finder of fact in this case. The parties discussed these matters during a conference call, but have not been able to reach a resolution of these issues.

                                               Very truly yours,

                                               JOSEPH P. RUSSONIELLO
                                               United States Attorney

                                                     /s/
                                               CHINHAYI J. COLEMAN
                                               Assistant United States Attorney