UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  2/8/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

**v.**                                                              **No.**  CR-07-00812-DLJ

**Defendant:**     Randall Alan Thayer [present; in custody]

**Appearances for AUSA:** Chinhayi Coleman

**Appearances for Defendant:** Shawn Halbert

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
SETTING/STAT                         -HELD

**Notes:**

**Case Continued to      for**

**Case Continued to:**   3/7/08 AT 9:00am      **for**  STATUS
**Case Continued to:**           **for**
**Motions to be filed by:**      **Opposition Due:**

**Case Continued to**                       **for Pretrial Conference**

**Case Continued to**         **for**            **Trial**

**Excludable Delay: Category: Begins:  2/8/08        Ends:** 3/7/08