1 | BARRY J. PORTMAN
Federal Public Defender
2 | SHAWN HALBERT
Assistant Federal Public Defender
3 | 555 12th Street, Suite 650
Oakland, California 94607-3627
4 | Telephone (510) 637-3500

5 | Counsel for Defendant RANDALL THAYER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Nos. CR 07-00812 DLJ |
|---|---|
| Plaintiff, | ) NOTICE OF ATTORNEY APPEARANCE |
| vs. | ) |
| RANDALL ALAN THAYER, | ) |
| Defendant. | ) |
| _____ | ) |

The Federal Public Defender was previously appointed as counsel for defendant in the above-captioned action. Pursuant to Criminal Local Rule 44-2(a), undersigned counsel, Assistant Federal Public Defender Shawn Halbert, enters her general appearance for defendant in this case. Counsel's contact information is listed above.

Dated: February 12, 2008

                Respectfully submitted,

                BARRY J. PORTMAN
                Federal Public Defender

                /S/

                SHAWN HALBERT
                Assistant Federal Public Defender

Notice of Attorney Appearance
Nos. CR 07-00812 DLJ