1   BARRY J. PORTMAN
    Federal Public Defender
2   SHAWN HALBERT
    Assistant Federal Public Defender
3   555 12th Street, Suite 650
    Oakland, CA 94607
4   Tel: (510) 637-3500

5   Counsel for Defendant RANDALL THAYER

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12   UNITED STATES OF AMERICA,          )    No. CR 07-00812 DLJ
                                        )
13                        Plaintiff,    )    STIPULATION AND  ORDER TO
                                        )    CONTINUE HEARING
14            v.                        )    DATE FROM MARCH 7, 2008 TO
                                        )    MARCH 21, 2008 AND FOR
15   RANDALL THAYER,                    )    EXCLUSION OF TIME
                                        )
                          Defendant.    )
16   _____)

17         Defendant Randall Thayer is scheduled to have his first appearance before this Court on March

18   7, 2008 at 9:00 a.m.  Undersigned defense counsel has become unavailable for that court appearance

19   and requests that it be continued to March 21, 2008, during which time counsel will perform

20   additional work on the case.  The government is agreeable to the request for a two-week

21   continuance.  The parties further stipulate and agree that the time between March 7, 2008 and March

22   21, 2008 should be excluded from calculations under the Speedy Trial Act, 18 U.S.C.

23   §3161(h)(8)(A) and (B)(iv).

24         For these reasons, the parties request that the Court order that this period of time should be

25   excluded under the Speedy Trial Act, 18 U.S.C. §3161 (h)(8)(A) and (B)(iv), because the

26   continuance is necessary for continuity of counsel and to provide counsel for the defendant the

                                        - 1 -

1  reasonable time necessary for effective preparation, taking into account the exercise of due

2  diligence.

3  SO STIPULATED.

4  Dated:        March 6, 2008                                    /S/

5                                                        _____
                                                        SHAWN HALBERT
                                                        Assistant Federal Public Defender

6  SO STIPULATED.

7  Dated:        March 6, 2008                                    /S/

8                                                        _____
                                                        CHINHAYI COLEMAN
                                                        Assistant United States Attorney

9

10        I hereby attest that I have on file all holograph signatures for any signatures indicated by

11  a "conformed" signature (/S/) within this e-filed document.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the above-captioned matter be continued to March 21, 2008, at 9:00 a.m. for the initial appearance before this Court.

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to continue the matter would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the need for continuity of counsel.  See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT the time from March 7, 2008 to March 21, 2008 shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Dated:   March  6 , 2008

_____
D. LOWELL JENSEN
United States District Judge