UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  3/21/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

**v.**                                                                                       **No.** CR-07-00812-DLJ

**Defendant:**  Randall Alan Thayer [present; in custody]

**Appearances for AUSA:**  Chinhayi Coleman

**Appearances for Defendant:** Shawn Halbert

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**
STATUS                                          -HELD

**Notes:**

**Case Continued to**    4/18/08 AT 9:00AM   for  STATUS

**Case Continued to:**            for
**Case Continued to:**            for
**Motions to be filed by:**       Opposition Due:

**Case Continued to**                             for Pretrial Conference

**Case Continued to**            for                Trial

**Excludable Delay: Category: Begins:**  3/21/08         **Ends:** 4/18/08