UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  4/18/08

**Clerk:** Frances Stone
**Court Reporter:** Raynee Mercado

**Plaintiff:**  United States

**v.**                                                                 **No.** CR-07-00812-DLJ

**Defendant:** Randall Alan Thayer [in custody]

**Appearances for AUSA:** Chinhayi Coleman

**Appearances for Defendant:** Shawn Halbert

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
STATUS                                -HELD

**Notes:**  Possible Def Appeal of Magistrate Order on 5/23/08

**Case Continued to**              **for**

**Case Continued to:**       for
**Case Continued to:**       for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                         for Pretrial Conference

**Case Continued to**         for            Trial

**Excludable Delay: Category: Begins:**  4/18/08        **Ends:** 5/23/08