## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### Criminal Pretrial Minute Order
### JUDGE D. LOWELL JENSEN
Date:  4/18/08
**AMENDED** **

**Clerk:** Frances Stone
**Court Reporter:** Raynee Mercado

**Plaintiff:**  United States

**v.**                                              **No.** CR-07-00812-DLJ

**Defendant:** Randall Alan Thayer [in custody]

**Appearances for AUSA:** Chinhayi Coleman

**Appearances for Defendant:** Shawn Halbert

**Interpreter:**

**Probation Officer:**

| **Reason for Hearing:** | **Ruling:** |
| --- | --- |
| STATUS | -HELD |

**Notes:**  Possible Def Appeal of Magistrate Order on 5/23/08

**Case Continued to**    5/23/08 AT 9:00AM      for  STATUS  **

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                    for Pretrial Conference

**Case Continued to**         for           Trial

**Excludable Delay: Category: Begins:  4/18/08         Ends: 5/23/08**