BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
19th Floor Federal Building-Box 36106
450 Golden Gate Ave.
San Francisco, CA 94102
Telephone:  (415) 436-7700

Counsel for Defendant THAYER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-0812   DLJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF SUBSTITUTION OF |
| | ) | ATTORNEY |
| RANDALL THAYER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Federal Public Defender was previously appointed as counsel for defendant in the

above captioned case pending before the Court.  Pursuant to Criminal Local Rule 44-2 (a),

undersigned counsel, Assistant Federal Public Defender Ned Smock, enters his general

appearance for defendant in place of Assistant Federal Public Defender Shawn Halbert.

Counsel's contact information is listed above.


Dated: May 14, 2008

                              Respectfully submitted,

                              BARRY J. PORTMAN
                              Federal Public Defender


                                  /S/

                              NED SMOCK
                              Assistant Federal Public Defender