UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  5/23/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

**v.**                                                                       **No.** CR-07-00812-DLJ

**Defendant:** Randall Alan Thayer [present; in custody]

**Appearances for AUSA:** Chinhayi Coleman

**Appearances for Defendant:** Ned Smock

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**
STATUS                              -HELD

**Notes:**

**Case Continued to**   7/11/08 AT 9:00AM   for STATUS

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                     for Pretrial Conference

**Case Continued to**         for           Trial

**Excludable Delay: Category: Begins:**  5/23/08       **Ends:** 7/11/08