**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
**Date:   July 11, 2008**

**Clerk:** Frances Stone
**Court Reporter:** IRENE RODRIGUEZ

**Plaintiff:**  United States

**v.**                                                                   **No.** CR-07-00812-DLJ

**Defendant:** Randall Alan Thayer [present; in custody]

**Appearances for AUSA:** Chinhayi Coleman

**Appearances for Defendant:** Ned Smock

**Interpreter:**

**Probation Officer:**

| **Reason for Hearing:** | **Ruling:** |
|---|---|
| STATUS | -HELD |

**Notes:**

**Case Continued to**    8/15/08 AT 11:00AM  for  Defendant's Motion to Appeal Magistrate's Detention Order

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:** 8/1/08         **Opposition Due:** Gov Respond 8/8/08

**Case Continued to**                    for Pretrial Conference
**Case Continued to**         for            Trial

**Excludable Delay: Category: Begins:  7/11/08         Ends: 8/15/08**