**FD-498**
Revised
10-30-2006

FEDERAL BUREAU OF INVESTIGATION
# POLYGRAPH REPORT

| | | |
|---|---|---|
| REVIEWED BY: _____ | DATE: _____ | FOR FBIHQ USE ONLY |
| RESULTS: Series I _____ Series II _____ Series III _____ Series IV _____ Series V _____ | | |
| COUNTERMEASURES: None Suspected _____ Suspected _____ Confirmed _____ | | |

| Date of Report | Date of Examination | Case ID # |
|---|---|---|
| 04/03/2007 | 04/03/2007 | 305A-SF-141345 |

Field Office/Agency Requesting Examination
San Francisco

| Authorizing Official | Date Authorized |
|---|---|
| SAC | 04/03/2007 |

| Examinee's Name (Last, First, Middle) | Date of Birth (mm/dd/yyyy) | SSN (xxx-xx-xxxx) |
|---|---|---|
| THAYER, RANDALL ALAN | ███████ | ███████ |

Case Title:
RANDALL ALAN THAYER;
AKA "RODRIGOOAK3530"
INNOCENT IMAGES;
CP-IINI

Case Synopsis/Examiner's Conclusion:

RANDALL ALAN THAYER was identified in FBI investigations as receiving and transmitting Child Pornography. Based upon information developed in the above referenced case, a Federal Search warrant was obtained for THAYER'S residence and said warrant was served on April 3, 2007.

THAYER advised agents that he has never engaged in inappropriate conduct with a minor, has never masturbated to child pornography and has never down loaded any child pornography to a disk or CD type of device.

On April 3, 2007, THAYER agreed to undergo a polygraph examination. THAYER was provided a FD-395, Advice of Rights form and a FD-328, Consent To Interview with Polygraph form which THAYER reviewed and signed agreeing to further examination and waiver of rights. The focus of the examination was whether THAYER ever had sexual contact with a minor. THAYER was afforded a polygraph examination consisting of the following relevant questions:

### SERIES I

A. Have you ever had sexual contact with any child?(Answer - No).

B. Have you ever touched any child for sexual gratification? (Answer - No)

It is the opinion of the examiner that the recorded responses to the above relevant questions in Series I

Examiner's Name   SA Terrence D. Shannon

USA-160

are **indicative of deception (DI).**

    Examinee was confronted regarding the results of the test and admitted to lying to the agents in the prior interview and that Examinee had in fact masturbated to child pornography and also downloaded images of child pornography to disks from his computer. Examinee provided no other additional information of value.