**Begin IM - 4/25/2006 05:57 AM**
Ekothebunnyman [5:57 AM]: trader?
Rodrigooak3530 [05:58 AM]: sure
Ekothebunnyman [05:58 AM]: what ages u like? prefer young here
Rodrigooak3530 [05:59 AM]: me too
Ekothebunnyman [05:59 AM]: ok u have vids and pics?
Ekothebunnyman [06:00 AM]: have vids here
Rodrigooak3530 [06:00 AM]: have both just sent a pic
Ekothebunnyman [06:00 AM]: k
Ekothebunnyman [06:00 AM]: whats youngest u like?
Rodrigooak3530 [06:01 AM]: 10 -12
Rodrigooak3530 [06:01 AM]: and you?
Ekothebunnyman [06:01 AM]: yes like that age as well sending vid now
Rodrigooak3530 [06:02 AM]: ok
Ekothebunnyman [06:02 AM]: sending alicia
Ekothebunnyman [06:02 AM]: u have that 1?
Rodrigooak3530 [06:03 AM]: probaly
Ekothebunnyman [06:03 AM]: lol
Rodrigooak3530 [06:03 AM]: lol
Rodrigooak3530 [06:03 AM]: send some pics
Ekothebunnyman [06:03 AM]: u have any vicki?
Rodrigooak3530 [06:03 AM]: maybe??
Ekothebunnyman [06:03 AM]: only have vids in mailbox right now
Rodrigooak3530 [06:04 AM]: no prob
Ekothebunnyman [06:04 AM]: k
Ekothebunnyman [06:04 AM]: do u have a bunch of vids i have about 10-15 or so ages 10-12
Rodrigooak3530 [06:05 AM]: I have a few also
Rodrigooak3530 [06:05 AM]: same ages
Ekothebunnyman [06:05 AM]: cool we probably have the same 1's lol
Rodrigooak3530 [06:05 AM]: yea probaly lol
Ekothebunnyman [06:06 AM]: u have bunch of pics that age?
Rodrigooak3530 [06:06 AM]: yea alot of pics
Ekothebunnyman [06:06 AM]: i usually just look 4 vids these days
Ekothebunnyman [06:06 AM]: but pics cool 2
Ekothebunnyman [06:07 AM]: ur pics of 10-12 action? or pose?
Ekothebunnyman [06:07 AM]: mail
Rodrigooak3530 [06:07 AM]: ok brb
Ekothebunnyman [06:07 AM]: k

**End IM - 4/25/2006 06:12 AM**

**Begin IM - 4/25/2006 06:23 AM**
Ekothebunnyman [6:23 AM]: ???
Rodrigooak3530 [06:23 AM]: can't play it won't read it??
Ekothebunnyman [06:24 AM]: why didnt u tell me?
Ekothebunnyman [06:24 AM]: i play with windows media player version 10 u have that?
Rodrigooak3530 [06:24 AM]: I just found out I gues not?
Ekothebunnyman [06:25 AM]: ok
Rodrigooak3530 [06:26 AM]: I will try to send
Ekothebunnyman [06:26 AM]: k
Ekothebunnyman [06:28 AM]: u can send pics if that easier 4 u
Rodrigooak3530 [06:31 AM]: sent some pics will look for vid can you send another ?
Ekothebunnyman [06:31 AM]: sure give me a couple mins
Ekothebunnyman [06:31 AM]: ty 4 the pics

USA-008

Rodrigooak3530 [06:31 AM]: ok
Ekothebunnyman [06:35 AM]: sending 1 now
Rodrigooak3530 [06:36 AM]: ok
Ekothebunnyman [06:39 AM]: u prefer action or pose vids and pics?
Rodrigooak3530 [06:39 AM]: pose vids and pics
Ekothebunnyman [06:40 AM]: k
Ekothebunnyman [06:41 AM]: mail

End IM - 4/25/2006 06:41 AM

Begin IM - 4/25/2006 06:41 AM
Rodrigooak3530 [6:41 AM]: ok
Ekothebunnyman [06:42 AM]: u can send what is easier 4 u i will send pics as i get them

End IM - 4/25/2006 06:42 AM

Begin IM - 4/25/2006 06:43 AM
Rodrigooak3530 [6:43 AM]: ok
Rodrigooak3530 [06:46 AM]: sorry didn't work
Ekothebunnyman [06:46 AM]: shit

End IM - 4/25/2006 06:48 AM

Begin IM - 4/25/2006 06:48 AM
Rodrigooak3530 [6:48 AM]: I know   sent u one
Rodrigooak3530 [06:50 AM]: sent some pics
Ekothebunnyman [06:50 AM]: k

End IM - 4/25/2006 06:50 AM

Begin IM - 4/25/2006 06:51 AM
Ekothebunnyman [6:51 AM]: whats the vid of?
Rodrigooak3530 [06:51 AM]: yng bj
Rodrigooak3530 [06:52 AM]: whats your stats?
Ekothebunnyman [06:52 AM]: k lol cant play it
Ekothebunnyman [06:53 AM]: 38/m here u
Ekothebunnyman [06:53 AM]: what the hell going on lol
Rodrigooak3530 [06:53 AM]: 35m ca bi
Rodrigooak3530 [06:53 AM]: don't know lol
Ekothebunnyman [06:54 AM]: u married?
Ekothebunnyman [06:54 AM]: divorced here
Rodrigooak3530 [06:54 AM]: no you ??
Ekothebunnyman [06:55 AM]: was the vid really an 8year old or just titled that way?
Rodrigooak3530 [06:55 AM]: no really a 8 yr bj
Ekothebunnyman [06:56 AM]: damn
Ekothebunnyman [06:56 AM]: ever been married?
Rodrigooak3530 [06:56 AM]: long time ago you been married?
Ekothebunnyman [06:57 AM]: yeah divorced bout 5 yrs ago now
Ekothebunnyman [06:57 AM]: kids?
Rodrigooak3530 [06:57 AM]: one daughter and you ??
Ekothebunnyman [06:57 AM]: no one of the reasons we divorced
Ekothebunnyman [06:57 AM]: how old daugh?                                                                USA-009
Rodrigooak3530 [06:58 AM]: 15

Ekothebunnyman [06:58 AM]: how long u been into yg? bout 4yrs here
Ekothebunnyman [06:58 AM]: saw some pics and that was it
Rodrigooak3530 [06:58 AM]: about 2 yrs
Rodrigooak3530 [06:58 AM]: yea me too love little butts cute
Ekothebunnyman [06:59 AM]: lol yep
Ekothebunnyman [06:59 AM]: any real time experience?
Rodrigooak3530 [06:59 AM]: just a little and you ??
Ekothebunnyman [06:59 AM]: no no opportunities
Rodrigooak3530 [06:59 AM]: you have a gf?
Ekothebunnyman [07:00 AM]: yes
Rodrigooak3530 [07:00 AM]: where is she??
Ekothebunnyman [07:00 AM]: kitchen
Ekothebunnyman [07:00 AM]: what kinda stuff have u done?
Rodrigooak3530 [07:01 AM]: she doesn't care what u do?
Ekothebunnyman [07:01 AM]: home office so i just tell her im working she doesnt use comp and has no idea
Rodrigooak3530 [07:01 AM]: thats pretty cool
Ekothebunnyman [07:01 AM]: yep
Ekothebunnyman [07:02 AM]: what was ur experience?
Rodrigooak3530 [07:02 AM]: had a gf with a 12yr old dau saw her in shower
Ekothebunnyman [07:03 AM]: cool
Ekothebunnyman [07:03 AM]: did u do anything? or 2 scared?
Rodrigooak3530 [07:04 AM]: 2 scared
Ekothebunnyman [07:04 AM]: yeah that my prob as well
Ekothebunnyman [07:04 AM]: did she know u saw her?
Rodrigooak3530 [07:04 AM]: yea no big deal to her
Ekothebunnyman [07:04 AM]: is that when u got into it?
Rodrigooak3530 [07:05 AM]: yea she had the cutest tightest little butt
Ekothebunnyman [07:06 AM]: lol
Rodrigooak3530 [07:07 AM]: sometimes when she was asleep I would pull her panties down to look at her ass
Ekothebunnyman [07:07 AM]: wooooooooooow u serious or that just fantasy now?
Rodrigooak3530 [07:08 AM]: no serious but i never did anything only jacked off
Ekothebunnyman [07:09 AM]: wow so when u said u never did anything earlier u meant u hadnt touched her?
Ekothebunnyman [07:09 AM]: were u afraid she would wake up?
Rodrigooak3530 [07:10 AM]: yes afraid she would wake up
Ekothebunnyman [07:10 AM]: but she didnt?
Rodrigooak3530 [07:10 AM]: no never
Ekothebunnyman [07:10 AM]: i am such a chicken shit lol
Rodrigooak3530 [07:11 AM]: yea me too safer that way lol
Rodrigooak3530 [07:11 AM]: easier just to jack off her in panties that I stole
Ekothebunnyman [07:11 AM]: lol
Ekothebunnyman [07:12 AM]: how would u do it?
Ekothebunnyman [07:12 AM]: was her mom home?
Rodrigooak3530 [07:13 AM]: mom working don't know how i would? thats why I never did?
Ekothebunnyman [07:14 AM]: no i mean going in her room
Rodrigooak3530 [07:15 AM]: wait til she was sleeping and sneak in her room
Rodrigooak3530 [07:16 AM]: sometimes she had pjs on and they slipped down easy underwear were harder
Ekothebunnyman [07:17 AM]: and
Rodrigooak3530 [07:18 AM]: thats all just look at her little ass and jack off
Ekothebunnyman [07:18 AM]: right there?
Rodrigooak3530 [07:19 AM]: yea right there in her panties i took earlier
Rodrigooak3530 [07:19 AM]: sent u a couple of pics you get them??
Ekothebunnyman [07:19 AM]: does she live with u anymore?
Ekothebunnyman [07:19 AM]: yep

USA-010

Rodrigooak3530 [07:20 AM]: no not my gf anymore
Ekothebunnyman [07:20 AM]: so u would go in the room with her panties with u?
Rodrigooak3530 [07:20 AM]: yes take them with me
Ekothebunnyman [07:20 AM]: woooooooooow
Rodrigooak3530 [07:21 AM]: wanna see a cute little butt?
Rodrigooak3530 [07:21 AM]: the kind that turns me on?
Ekothebunnyman [07:21 AM]: sure
Rodrigooak3530 [07:23 AM]: sent
Ekothebunnyman [07:23 AM]: nice
Ekothebunnyman [07:23 AM]: she about 10 u think?
Rodrigooak3530 [07:23 AM]: 10 -12
Ekothebunnyman [07:24 AM]: how many times did u get to sneak into the room
Rodrigooak3530 [07:25 AM]: 3 or 4
Rodrigooak3530 [07:25 AM]: I gotta go jerk off then go to bed
Rodrigooak3530 [07:26 AM]: talk to you later
Ekothebunnyman [07:26 AM]: LOL ok
Rodrigooak3530 [07:26 AM]: the pics get you hard lol
Ekothebunnyman [07:27 AM]: LMAO the story is real?
Rodrigooak3530 [07:27 AM]: I swear it
Ekothebunnyman [07:27 AM]: incredible
Ekothebunnyman [07:27 AM]: well go take care of business LOL

**End IM - 4/25/2006 07:28 AM**