UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:   August 15, 2008

**Clerk:** Frances Stone                                    **Time:** 11:11am to 11:27am
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:** United States

v.                                                          **No.** CR-07-00812-DLJ

**Defendant:** Randall Alan Thayer [present; in custody]

**Appearances for AUSA:** Chinhayi Coleman

**Appearances for Defendant:** Ned Smock

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**                **Ruling:**
**Def motion to appeal Magistrate's Detention Order- HELD**

**Notes:**  Court's tentative ruling is that Court will allow pretrial release of defendant under certain conditions and if a $250,000 Secured Bond is posted. Conditions include Home detention; GPS monitoring; No computers allowed in deft's house; No computer access by deft at all; Stay away order for locations with children; submit to drug testing.  Court will have further hearing 8/20 at 10:00AM Deft wants  to post his home for the bond.
Gov requested when order is issued to stay the order so Gov can file appeal to Court of Appeals.

**Case Continued to**     Wednesday, 8/20/08 at 10:00AM   for  Further hearing re: release
                          conditions; Bond posting.

**Case Continued to:**           for
**Case Continued to:**           for
**Motions to be filed by:**      Opposition Due:

**Case Continued to**                    for Pretrial Conference

**Case Continued to**          for            Trial

**Excludable Delay: Category: Begins:**          Ends: