**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
**Date:  August 20, 2008**

**Clerk: Frances Stone**                                    **Time: 10:00AM -10:30AM**
**Court Reporter: RAYNEE MERCADO**

**Plaintiff:**  United States

**v.**                                                      **No.** CR-07-00812-DLJ

**Defendant:** Randall Alan Thayer [present; in custody]

**Appearances for AUSA:** Douglas Sprague for Chinhayi Coleman

**Appearances for Defendant:** Ned Smock

**Interpreter:**

**Pretrial Services Officer: Victoria Gibson**

**Reason for Hearing:**                    **Ruling:**
**Further hearing re: release conditions and posting bond- HELD**
                         <u>COURT TO ISSUE ORDER</u>
**Notes:**
Deft attorney informed the Court that an appraisal and title search was done as to deft's home and the
value is much lower than proposed to post as $250,000 secured bond. Short form appraisal lists value  as
$375,000 with encumbrances  of $305,000 which would mean actual value is $70,000.  Deft attorney to
provide Government with mortgage statements for review. Counsel to contact Court after review of
Statements/Appraisal/Title/posting documents.
Court will omit from it's order the GPS condition as PT Svcs informed Court/Counsel that it is not
available-  there is a moratorium on GPS. Instead the Court will include electronic monitoring condition.
Pretrial Svcs requests mental health counseling if deft is on pretrial release.
Deft atty said deft's mother in Southern CA has property that potentially could be posted as bond.
Court reviewed specific conditions of pretrial release on the record- if deft is released.
Court  refers matter for  posting of bond to Magistrate Judge Brazil.
Gov requests that the Court's order, when issued, be stayed for 30 days to allow the Gov to file
Notice of Appeal to the US Court of Appeals.

**Case Continued to     9/19/08 AT 11:00am    for  Status/Setting Motions/Setting Trial date**

**Excludable Delay: Category: Begins:    8/20/08         Ends: 9/19/08**