1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  CHINHAYI J. COLEMAN (CABN 194542)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, CA 94612
       Telephone: (510) 637-3924
7      Facsimile: (501) 637-3724
       E-Mail: chinhayi.j.coleman@usdoj.gov
8
   Attorneys for the United States of America
9

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                       OAKLAND DIVISION

UNITED STATES OF AMERICA,         )   No. CR 07-0812 DLJ
                                  )
       Plaintiff,                 )   UNITED STATES' REQUEST FOR STAY
                                  )   OF RELEASE ORDER; [PROPOSED]
           v.                     )   ORDER
                                  )
RANDALL ALAN THAYER,              )
                                  )
       Defendant.                 )
_____ )

       Pursuant to Federal Rule of Appellate Procedure, Rule 8(a)(1), the United States, plaintiff in the above-named case, hereby requests a 30-day stay of the release order issued on August 25, 2008. The government seeks this stay so that it may consult with the Department of

///
///
///
///
///
///

United States's Request for Stay of Release Order; Proposed Order
CR 07-0812 DLJ

Justice about whether to appeal the Court's order releasing the defendant. Should the government decide not to appeal, it will promptly inform the court so that it may lift the stay.

DATED: August 25, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
CHINHAYI J. COLEMAN
Assistant U.S. Attorney

## [PROPOSED] ORDER

The Court hereby GRANTS the request by the United States, under Federal Rule of Appellate Procedure, Rule 8(a)(1), for a stay of the release order issued on August 25, 2008. The release order is hereby stayed until September 24, 2008, unless before that date the government notifies the district court it is not appealing or the Ninth Circuit decides the matter.

IT IS SO ORDERED.

Dated_____

HONORABLE D. LOWELL JENSEN
United States District Judge