JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHINHAYI J. COLEMAN (CABN 194542)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA 94612
   Telephone: (510) 637-3924
   Facsimile: (501) 637-3724
   E-Mail: chinhayi.j.coleman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-0812 DLJ |
|---|---|---|
| Plaintiff, | ) | UNITED STATES' REQUEST FOR STAY OF RELEASE ORDER; **ORDER** |
| v. | ) | |
| RANDALL ALAN THAYER, | ) | |
| Defendant. | ) | |

     Pursuant to Federal Rule of Appellate Procedure, Rule 8(a)(1), the United States, plaintiff in the above-named case, hereby requests a 30-day stay of the release order issued on August 25, 2008. The government seeks this stay so that it may consult with the Department of

///
///
///
///
///
///

United States's Request for Stay of Release Order; Proposed Order
CR 07-0812 DLJ

1  Justice about whether to appeal the Court's order releasing the defendant. Should the
2  government decide not to appeal, it will promptly inform the court so that it may lift the stay.

4  DATED: August 25, 2008                Respectfully submitted,

5                                         JOSEPH P. RUSSONIELLO
                                          United States Attorney

7                                         _____/s/_____
                                          CHINHAYI J. COLEMAN
8                                         Assistant U.S. Attorney

10                                **ORDER**

11     The Court hereby GRANTS the request by the United States, under Federal Rule of
12  Appellate Procedure, Rule 8(a)(1), for a stay of the release order issued on August 25, 2008.
13  The release order is hereby stayed until **September 2, 2008**, unless before that date the
14  government notifies the district court it is not appealing or the Ninth Circuit decides the matter.
15     IT IS SO ORDERED.

17  Dated : August 25, 2008
                                          _____
                                          HONORABLE D. LOWELL JENSEN
18                                        United States District Judge

United States's Request for Stay of Release Order; Proposed Order
CR 07-0812 DLJ                            2