BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant Thayer

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-812 DLJ |
| Plaintiff, | **Defendant's Objection to Government's Request for Stay of Release Order** |
| vs. | |
| RANDALL THAYER | |
| Defendant. | |

    This Court issued an Order granting Randall Thayer release from pretrial custody on August 25, 2008. Just before the order was filed, the government sought a thirty day stay of the release order "so that it may consult with the Department of Justice about whether to appeal the Court's order releasing the defendant." This Court granted a stay of one week.

    The defense asks that this Court reconsider staying its release order. Federal Rule of Appellate Procedure 8(a)(1)(A) gives this Court discretion to either stay its release order or to decline to do so. Were this Court to refuse to stay its order, the government is entitled to seek a stay from the Court of Appeals pursuant to Fed.R.App.P. 8(a)(2). Given that this Court has found that conditions can be crafted to assure Mr. Thayer's appearance in court

1 and the safety of the community, there is no pressing need for a stay of the release order. If
2 the Court of Appeals were to disagree with this Court's release order after the appeal has
3 been litigated, Mr. Thayer would voluntarily return to custody immediately.
4      Under Ninth Circuit Local Rule 9-1.1, when the government seeks to appeal a
5 release order, it must first file a Notice of Appeal. Once that notice has been filed, the
6 presumptive schedule provides for the government's opening brief to be filed within 14 days.
7 The defense would then file its response within 10 calendar days. A reply can be filed within
8 7 days of the response, and the appeal is then decided upon completion of the briefing.
9      The defense is concerned that the government's proposal will result in an
10 unreasonable delay of Mr. Thayer's release. The defense is especially troubled by the
11 government's request for a stay to allow it to *consider* whether or not to appeal this Court's
12 order. The government has been aware that today's order was forthcoming since August 15,
13 when this Court stated its inclination to issue a release order during the hearing on the instant
14 motion. If the government wishes to appeal the Court's order, it should pursue the appeal.
15 Mr. Thayer should be released from custody on the strict terms outlined by the Court while
16 that appeal is litigated.
17      Based on its earlier representations to the Court, the defense expects that the
18 government will seek to further stay the release order if it files its Notice of Appeal. If the
19 government waits until September 2 to file its Notice of Appeal, its brief to the Ninth Circuit
20 will not be filed until three weeks from now or more. The defense will of course endeavor to
21 file its opposition brief in less than the ten days provided for in the Local Rules. The
22 //
23 //
24 //
25 //
26 //

Defendant's Objection to Stay      2

1  government will then have one week to file a response.  The parties will then wait for a

2  decision from the Court of Appeals.  Assuming the Court of Appeals affirms this Court's

3  Order, Mr. Thayer would not be released until well into October.  This Court should not stay

4  its release order and should instead allow Mr. Thayer to be released to United States Pretrial

5  Services supervision pending any appeal.

6

7  Dated: August 25, 2008

8                                          Respectfully submitted,

9                                          BARRY J. PORTMAN
                                           Federal Public Defender
10
                                           /s/ Ned Smock
11
                                           NED SMOCK
12                                         Assistant Federal Public Defender

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Defendant's Objection to Stay                     3