**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

August 29, 2008

Ms. Ivy Garcia
Courtroom Deputy to Honorable Wayne D. Brazil
1301 Clay Street
Oakland, CA 94607

    Re:    United States v. Randall Thayer, CR 07-812 DLJ

Dear Ms. Garcia:

    Assistant Federal Public Defender Ned Smock, who is out of town today, has asked me to request that this matter be placed on Judge Brazil's calendar on Tuesday, September 2, 2008 at 10:00 a.m. for signing on a bond. We anticipate being able to post the property before 4:00 p.m. on Tuesday.

    I have informed Assistant United States Attorney Chinhayi Coleman of our request that the matter be on the Court's calendar on Tuesday. I have also notified Pretrial Services.

    If you require any further information, please do not hesitate to contact me.

    Thank you.

    Very truly yours,

    BARRY J. PORTMAN
    Federal Public Defender
      /s/
    COLLEEN MARTIN
    Assistant Federal Public Defender

cc:  AUSA Chinhayi Coleman