1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant THAYER
6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   No. CR-07-812 DLJ
                                )
12            Plaintiff,        )   **STIPULATION AND ORDER**
                                )   **RESETTING SENTENCING DATE**
13 vs.                          )
                                )
14 RANDALL THAYER,              )
                                )
15            Defendant.        )
   _____)
16

17     Sentencing in this matter is currently set for April 3, 2009. The parties request that

18 sentencing be rescheduled for April 24, 2009. Because of scheduling issues related to a

19 trial date that was subsequently vacated, the probation interview is occurring later than

20 expected. In addition, time is needed for the defense to complete a psychological report.

21 The assigned probation officer is in agreement with this request.

22

23 Dated: March 2, 2009                    /s/ Ned Smock

24                                         NED SMOCK
                                           Assistant Federal Public Defender
25

26

*U.S. v. Thayer*, CR 07-812 DLJ
STIPULATION AND [PROPOSED] ORDER
RESETTING SENTENCING DATE            1

1 | Dated: March 2, 2009 /s/ Chinhayi Coleman

2 | CHINHAYI COLEMAN
Assistant United States Attorney

3 |

4 | I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

5 |

6 | **ORDER**

7 | GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the April 3,

8 | 2009 sentencing date is reset for April 24, 2009 at 10:00 a.m.

9 |

10 | Dated: March 3 , 2009  _____

11 | HONORABLE D. LOWELL JENSEN
United States District Judge

*U.S. v. Thayer*, CR 07-812 DLJ
STIPULATION AND [PROPOSED] ORDER
RESETTING SENTENCING DATE                2